FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 30  PM 4:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALFRED MITCHELL                               CIVIL ACTION

VERSUS                                        NO. 06-373

ORLEANS PARISH CRIMINAL                       SECTION "N" (2)
SHERIFF MARLIN GUSMAN

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly, IT IS ORDERED that the claims of Alfred Mitchell are DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 30th day of August, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___